IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SHEILA SELF | § | |
| V. | § | CIVIL ACTION NO. 9:06CV111 |
| UNITED STATES OF AMERICA | § | |

PARTIAL ORDER OF DISMISSAL

Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

**ORDERED** that Respondent's motion to dismiss (docket #4) is hereby **DENIED** as to Petitioner's claim based on counsel's alleged failure to accurately advise her that duress was a valid defense, which she had a legal right to present to the jury, and **GRANTED** as to all other claims.

So **ORDERED** and **SIGNED** this 2 day of **May, 2007.**

_____

Ron Clark, United States District Judge