IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| SHEILA SELF, #11319078 | § | |
| VS. | § | CIVIL ACTION NO. 9:06cv111 |
| | | CRIMINAL ACTION NO. 9:05cr11-3 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this motion to vacate/correct illegal sentence pursuant to 28 U.S.C. § 2255.

Petitioner filed objections to the Report. Petitioner's objections assert dissatisfaction with appointed counsel who represented her at the hearing before the Magistrate Judge, assert that Petitioner should have received a downward departure on her sentence, and list allegedly exculpatory evidence. Petitioner has not shown that when she pleaded guilty, trial counsel had failed to either advise her that duress was a valid defense which she had a legal right to present to the jury or inform her of the potential sentence that could be the consequence of her plea.

This Court has made a *de novo* review of Petitioner's objections and determined that they lack merit. This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**;

    **ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

    **ORDERS** that all motions not previously ruled on are denied.

    So **ORDERED** and **SIGNED** this **22** day of **January, 2008.**

    _____
    Ron Clark, United States District Judge